023-16

# ELECTRONIC RECORD

COA # 02-15-00141-CR          OFFENSE: 22.011

STYLE: Kenny Fernell Graves v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION:     AFFIRM          TRIAL COURT: 213th District Court

DATE: 12/17/15          Publish: NO   TC CASE #: 1361708D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Kenny Fernell Graves v. The State of Texas          CCA #: 023-16

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: _05/04/2016_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**